AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 25-mj-793-CDL |
| Andrew Scott Hastings | ) | |
| | ) | FILED UNDER SEAL |
| | ) | |
| *Defendant(s)* | | |

**SEALED**

**FILED**

SEP 22 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>March 26, 2025 through August 15, 2025,</u> in the county of <u>Tulsa</u> in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Attempting to Provide Material Support or Resources to Designated Foreign Terrorist Organizations |
| 18 U.S.C. § 922(o) | Illegal Possession or Transfer of a Machinegun |

This criminal complaint is based on these facts:

See Attached Affidavit by

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Alan T. Siska, FBI
*Printed name and title*

Sworn to before me by phone.

Date: September 22, 2025

_____
*Judge's signature*

City and state: <u>Tulsa, OK</u>

Christine D. Little, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

I, Alan T. Siska, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being

duly sworn, depose, and state as follows:

1)  I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") assigned to the

Oklahoma Joint Terrorism Task Force ("JTTF") based in Tulsa, Oklahoma and have been so

employed for over six years. Prior to that, I served as a State Trooper with the Wisconsin State Patrol

for over four years and received law enforcement training in accordance with the Law Enforcement

Standards Board of Wisconsin.  As a special agent, my duties include investigating violations of

federal criminal law and threats to national security. In addition to formalized training, I have

received extensive training through my involvement in an array of investigations working alongside

experienced law enforcement officers at both the federal and local level. My investigations include,

but are not limited to, counterterrorism offenses, cybercrimes, and violent offenses. I am familiar with

this investigation and the facts set forth in this affidavit are based on my personal observations,

knowledge obtained from other law enforcement officers, my review of documents related to this

investigation, conversations with others who have personal knowledge of the events and

circumstances described herein, and a review of open-source information including information

available on the Internet.  I have not included every fact known to me, but instead have included facts

relevant to this Affidavit.

2)  Based on my training, experience, and the facts set forth in this affidavit, I submit there is

probable cause to believe Andrew Scott Hastings ("HASTINGS") has violated 18 U.S.C. § 2339B

(Attempting to Provide Material Support or Resources to Designated Foreign Terrorist

Organizations), specifically al-Qa'ida[1] (a.k.a "AQ," and "the Base"),  and 18 U.S.C. § 922(o) (Illegal

---

[1]       On or about October 8, 1999, the United States Secretary of State designated al Qa'ida ("AQ"), also
known as al Qaeda, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and
Nationality Act and as a Specially Designated Global Terrorist Entity under section 1(b) of Executive Order
13224.  The Secretary of State also added the following aliases to the FTO listing: "the Base," the Islamic Army,

1

Possession or Transfer of a Machinegun).[2] Among other things, HASTINGS attempted to supply 3-D printed weapons to an individual he believed was receiving them on behalf of al-Qa'ida.

## PROBABLE CAUSE

### Background on Hastings

#### *2019 Incident at Tulsa Restaurant Involving HASTINGS' Discussions of Bombmaking and Family Concerns About HASTINGS' Radicalization*

3) On September 27, 2019, Tulsa Police Department ("TPD") received a complaint that an employee at Abuelo's Restaurant was talking about making explosive devices. When he was interviewed later, the employee, HASTINGS, claimed he was misunderstood and that he simply had an interest in chemistry and rockets. He added that he sought information about rockets from a number of public sources including *The Anarchist Cookbook*. He displayed knowledge of the terrorist attack on the Boston Marathon and the pressure cooker device used to kill and maim numerous

---

the World Islamic Front of Jihad Against Jews and Crusaders, the Islamic Army for the Liberation of Holy Places, the Usama Bin Laden Network, the Usama bin Laden Organization, Islamic Salvation Foundation, and The Group for the Preservation of Holy Sites. To date, AQ remains a designated FTO.

[2]      18 U.S.C. § 2339B(a)(1) states in relevant part:

> Whoever knowingly provides material support or resources to a foreign terrorist organization, or attempts or conspires to do so, shall be fined under this title or imprisoned not more than 20 years, or both, and, if the death of any person results, shall be imprisoned for any term of years or for life. To violate this paragraph, a person must have knowledge that the organization is a designated terrorist organization (as defined in subsection (g)(6)), that the organization has engaged or engages in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act), or that the organization has engaged or engages in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989).

18 U.S.C. § 922(o) states in relevant part:

> It shall be unlawful for any person to transfer or possess a machinegun.
>> The term machinegun, as used in 18 U.S.C. § 922(o), is defined by 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b) as follows:
>>> The term machinegun means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

2

individuals.  In October 2020, HASTINGS' mother, Terri, told TPD that her son was on the [Autism] spectrum, was socially active online, and had converted to Islam.  She said that an unknown individual had mailed HASTINGS a Quran, and HASTINGS often sounded like he was reading from a script.  She also mentioned an incident in the family home where HASTINGS became enraged when she cooked bacon, and thereafter called someone she described as his "handler."  She also told police Hastings once received a delivery of chicken wings that was paid for by someone in Indonesia.  She further reported that HASTINGS got in a fight with his brother and brought a can of gasoline into the family home as a threat.

### *HASTINGS' Involvement in Extremist Discord Server*

4) In June 2024, FBI learned HASTINGS was communicating via Discord with multiple other individuals in the United States about committing acts of violence against civilians in furtherance of the global jihad.[3]  The name of the server where HASTINGS was communicating was "ARMY OF MUHAMMAD."  According to records, HASTINGS held administrative rights over the server, though FBI does not know whether he exercised those rights as of the date of this Affidavit.

5) In November 2024, Discord provided business records[4] that showed HASTINGS was the subscriber of the Discord account communicating about committing acts of violence as described above:

> Name: Andrew Hastings
> User ID: 454164864407961601
> Address: 712 West 78th Street, Tulsa, Oklahoma 74132[5]
> Username: promise 8296

Publicly available information about HASTINGS includes the following details:

Date of birth: January 7, 2000

---

[3]    "Jihad" is an Arabic language term that means "struggle," both in the internal sense – to be a better Muslim – and in the external sense, as defense of faith, armed struggle, and holy war. However, many supporters of FTOs have coopted the concept of jihad to justify gratuitous acts of violence against civilians.

[4]    Wherever in this Affidavit I reference "records," I am referring to business records that were provided in response to legal process, including grand jury subpoenas and search warrants.

[5]    Both of HASTINGS' residences – that is, the West 78th Street address noted here, and the East 93rd Place address noted below – are located within the Northern District of Oklahoma.  The West 78th Street address is HASTINGS' parents' home.

Telephone Number: 918-313-3442
Email Address: aviator8@cox.net

6) In November 2024, FBI learned that HASTINGS was employed with the United States Army National Guard ("the Guard"), held the rank of "specialist," worked as an aircraft powertrain repairer, and held a SECRET-level national security clearance.[6]  Under mandatory U.S. Military policy and rules for all individuals who hold national security clearances, HASTINGS was required to report any overseas travel.  However, despite making multiple trips to the Philippines[7], it appears HASTINGS never reported this travel to the Department of Defense ("DOD") as required.

7) Based on all of this information and communications made by the Discord user, I believe HASTINGS was the user of the Discord account with user ID 454164864407961601 at all times relevant to the complaint.

### *HASTINGS Outlines a Vague Plan to Establish a Muslim Fighting Force and Offers his Military Expertise*

8) In late January and early March of 2024, HASTINGS told people in the Discord server he supported the establishment of a Caliphate[8] in the United States.[9]  He added that, to achieve that

---

[6]     While I have confirmed that HASTINGS held a SECRET national security clearance while in the Guard, I have learned he did not have access to networked, classified computer systems during his employment there. He did have access to sensitive materials related to technical and/or mechanical manuals during his tenure with the Guard.
       During the pendency of this investigation, on June 6, 2025, HASTINGS agreed to a voluntarily discharge from the Guard in Oklahoma due to hardship and received an Honorable Discharge.  The FBI has been in direct contact with officials in the Guard.
[7]     As further described herein, HASTINGS married a woman from the Philippines who continues to reside in the Philippines.
[8]     A Caliphate is an Islamic state governed by Shariah Law.  Historically, there have been more than 10 Caliphates, but modern FTOs, including ISIS, have sought to establish Caliphates, with strict Shariah (Islamic) law systems in Iraq and Syria through acts of violence and the subjugation of civilian populations.
[9]     Many FTOs claim they are seeking to establish a Caliphate, including al-Qa'ida, the Somalia-based FTO al-Shabaab, and others.  HASTINGS did not state that he wanted to establish an ISIS Caliphate in these discussions.  While HASTINGS did not expressly state his support for ISIS at this time, other individuals communicating in the server during this time period did express their support for ISIS to others in the group.
       ISIS is also an FTO.  On or about October 15, 2004, the U.S. Secretary of State ("Secretary") designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as an FTO under Section 219 of the Immigration and Nationality Act (the "INA") and as a Specially Designated Global Terrorist ("SDGT") under section 1(b) of Executive Order 13224.  On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name.  The Secretary also added the following aliases to the FTO listing: the Islamic

4

goal, the group needed to develop cyberspace capabilities, surface warfare capabilities, and undertake a physical training regime for fighters, among other things.[10]  In the posts and comments where HASTINGS discussed skills that would be needed to establish the Caliphate, he also offered his training and weapons expertise to individuals in the ARMY OF MUHAMMAD server:

> [T]he most important theater right now is cyberspace…we need an actionable plan we can start work on—something slow and Ling term not hasty and slapdash[.]
>
> I think it would be best if we create a channel and I'll list a physical training routine[.]
>
> [Y]k if we get 9-10 guys maybe inshaAllah[11] we can…[W]e could put headquarters in the USA cuz yk if we are fighting them the military is prohibited from operations on the homeland only ntnal guard and agencies can operate within borders…[y]ou need to contest air land and cyberspace and if in the littoral zone surface and subsurface…the raid that killed bin laden was a naval attack technically by a carrier group wich is why that is going to be the most important for us to mitigate…what my plan addresses is how to contest all of these at once while providing more aid than harm we can do in collateral and taking out targets of higher strength.

9) In various conversations in February 2024, HASTINGS claimed he had been detained and interrogated regarding explosives and provided instructions on how to avoid detection by law enforcement, reminded users that Discord is not secure, and discussed using encrypted communications applications ("apps") "Signal" and "Element" to securely send technical details. Based on my training and experience, I know that persons supporting FTOs try to conceal their identities and communications, including by using multiple communications apps, and favoring

---

State of Iraq and al-Sham (i.e., "ISIS"—which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production.  On September 21, 2015, the Secretary added the following aliases to the FTO and SDGT listings: Islamic State, ISIL, and ISIS.  On March 22, 2019, the Secretary added the following aliases to the FTO and SDGT listings: Amaq News Agency, Al Hayat Media Center, Al-Hayat Media Center, and Al Hayat.  To date, ISIS remains a designated FTO.

[10]      In this affidavit, I have not listed conversations in the chronological order in which they occurred, but instead have grouped them based on the topics, or range of topics HASTINGS discussed.
         I have left HASTINGS's grammar, punctuation, and spelling as they appeared in the records.

[11]      "Inshallah" is an Arabic term Meaning "God willing," and is used in a variety of contexts in the Arab-speaking world.

encrypted communications media over unencrypted platforms they know can be intercepted by law enforcement.

***Hastings Discusses Making Weapons to Assist Muslim Fighters in Establishing a Caliphate in the United States***

10) Over several days in February and March of 2024, HASTINGS claimed to have made a firearm and discussed making a nuclear rocket. HASTINGS also discussed the advantages of using tunnels to protect armed militants, consistent with then widespread news reports about HAMAS' use of tunnels in Gaza, and HASTINGS provided instructions on how to locate technical manuals for the use of weapons and 3-D printing of weapons:

> Or you can Google and download tm31-210[12]...Google fgc 9[13] it comes with all the documentation...I could take 100 pipes and ecm[14] them into carbine barrels in 4 hours. But I can't build armored vehicles with the same ease, and *I can take maybe 20 hours and setup a munitorium for small arms cartridges if a chemist also sets up a powder and primer factory...this should be our first priority. And big could be a spare room or garage size with people making components and mailing them to an assembly location*[.]

> [Tunnels, because they cannot be burned,] were hard to hit with even a bunker busters depending on the location...you prett7 much need flamethrower soldiers to defeat tunnels...they have some thermobaric and incendiary grenades tho those are a risk but they aren't as common as a normal grenade and in Israel we don't see them being issued[.]

> Brother I have made one before [smiling emoji] guns are easy to make the problem is it's *illegal*[.] [*Emphasis added.*]

11) In February 2024, HASTINGS told individuals in the Discord server that he had supplied Power Point presentations and other information drawn from military classes he took, as well as classified military intelligence to individuals in the server. HASTINGS also outlined a four-year plan for training and preparations to attack Israel and India:

> I will give detailed instructions on secure communications in dm to those I will send invite...brothers can ask me to invite others, on that channel I'll

---

[12]    TM 31-210 most likely refers to the Improvised Munitions Handbook, which is a United States Army technical manual intended for the United States Army Special Forces.
[13]    FGC-9 may reference a firearm. More specifically, a 3-D-printable, semi-automatic, pistol-caliber carbine.
[14]    ECM, in this context, most likely referring to electrochemical machining, a DIY process for rifling a firearm barrel, according to public sources.

share plan and documents and tasking for 4 yr plan...I have a 4 year plan tentatively...getting everyone together to meet[,] train[,] and start providing aid...in 4 years I'll be free to directly oversee it in 2 years after that we could have struck Israel and aided ymen and struck India etc 2 years is plenty of time to assemble a fleet and air force with 4 years prep and technical knowledge.

12) Consistent with views expressed by the leadership of various FTOs, in February 2024, HASTINGS said he rejected Western democracy, but he again stated he wanted to see the establishment of a Caliphate: "We don't want democracy lol," "We want caliphate." In late January and early February 2024, HASTINGS discussed nuclear war and claimed he wanted to avoid harming civilians:

> When the war turns nuclear I pray only the ummah[15] can prevent the targeting of noncombatants by the kuffr[16] let the 99 be the mujahadeen[17] and the 1 be innocent inshaAllah. We know the kuffr will plunge the whole planet into an atomic winter before being overcome by a hostile force, but if they have conflict within their own ranks maybe then they will have people refuse to fire on the innocents and prevent unnecessary deaths.[18]

> If we don't need guns it's better...in indo, Malaysia, Egypt, afgh, we probably won't need any weapons...Terrorism is haram.[19]

> [I]t should be noted killing them is still not permissible it was only noted that unintentionally killing them due to the risk of that in these situations is 7alal[20]...But we are commanded to protect all non combatants nonetheless therefore we must protect them until we levy a jizya.[21]

---

[15]    Ummah, refers to the worldwide Islamic community.

[16]    Kufr means "disbelief." In the context listed above, the term could also be referred to as kafir, which, in Arabic, is used to describe non-Muslims or impious Muslims as "unbelievers." These terms are almost always used pejoratively.

[17]    Mujahidin refers to Muslims engaged in jihad.

[18]    On March 9, 2024, HASTINGS wrote:
> If among you any would kill an innocent or try to justify it then remember Muhammad saws would strike you down for it for this is the work of shaytan[.]

Shaytan translates to "the one who is far away." It is a common word which signifies people that lead away others from the right path. It originally comes from the Hebrew word "Satan."

[19]    Haram means "forbidden," or prohibited by the faith. Also refers to unlawful activities according to Islamic law.

[20]    In this context, the HASTINGS may be referring to the word halal, which is a Shariah Law term used to indicate behaviors that are permitted or lawful.

[21]    "Jizya" means a tax or penalty levied upon non-Muslims of a state governed by Islamic law.

13) In February 2024, HASTINGS told individuals in the Discord server that his wife was from the Philippines and that he was 23-years-old.[22] On September 3, 2024, HASTINGS told individuals in the Discord server that he was from Oklahoma. HASTINGS also revealed to others in the Discord server that he was a member of the Guard and worked in both "aerospace and nuclear."

### HASTINGS Offers to Make Weapons for a Muslim Fighting Group

14) Business records from Discord[23] showed that HASTINGS discussed military training and tactics with individuals in the Discord server between January 31 and March 19, 2024, offering some 500 pages of his personal notes and an Army weapons manual on making weapons to anyone interested. Citing to his own expertise, he added, "…[T]his is a military discussion channel and I have intimate knowledge of the military…" He also offered to provide instruction on rifle safety, including taking apart and assembling a rifle. On one occasion, he said he would call back into the Discord group when he had ammunition and was on a range, apparently referring to a firearms range: "I will call back about an hour later at the range to do some live fire…I'll also go through proper holding, shooting stance, and drills before I head to the range." Based on my training and experience, I believe HASTINGS was offering to livestream training on using firearms to those in the Discord server. HASTINGS also offered to "securely share technical data and actionable instructions" to anyone who contacted him via DM, meaning by direct message. He went on to offer regional security briefs[24] and technical data about "issuing equipment taking direct actions…." He also claimed, "[W]e

---

[22]    I have since confirmed through publicly available information and conversations with HASTINGS' colleagues at the Guard that HASTINGS is married to a Muslim woman in the Philippines and was 23 years old at the time he wrote this.

[23]    On or about January 2, 2025, Search and Seizure Warrant, 25-MJ-01-JFJ, was issued in the United States Court for the Northern District of Oklahoma. The warrant applied to information associated with the Discord Username "promise8296," and the same Discord UID referenced above.

[24]    The term "regional security brief" ("RSB") refers to an assessment of security issues in a particular geographic area. RSBs can be used to determine threats in a particular region or country to inform military or intelligence decision-making. RSBs can include classified information.

have a group that's in the process of getting the necessary equipment to form a professional fighting

force of mujaheed."[25]

> We have a group on signal[26] already squad sized element but separated
> distance wise, we have been training for about a month and conducted some
> stinging raids and bomb tests already *we also have started businesses for
> fundraising and a plan for uniforms and large[-]scale weapons manufacturing in the
> next few months as I already have some small arms components partially finished and
> nearly ready to issue. I'll send one photo but wanna remain kinda anonymous.*
> [*Emphasis added.*]

15) Between January 31 and March 20, 2024, HASTINGS discussed re-establishing a Caliphate,

becoming disillusioned with the United States and the military, and his expertise because of his job

in aircraft mechanics with the Guard.  At times he appeared to discuss export-controlled defense

articles about which he had knowledge from his work:

> I reverted to Islam a few years ago…I work night shift at a company that
> manufactures aerospace and defense components and 2 years ago a national
> guard recruiter told me if I joined the army or national guard I could help
> ensure USA doesn't do any more wars like in Iraq and Afghanistan-I was
> stupid enough to beleive it so I am also a national guard helicopter mechanic
> with military training--with what's going on now I have come to hate the
> corruption at the top since most of the lower ranks (not all) are decent people-
> I find myself disgusted for being taken by that lie I had less knowledge then
> of the world. I am married but my wife is struggling to get a visa to come to
> the USA from her country and I'm unable to leave to live with her without
> comiting treason…[M]y dream is that in my lifetime the ummah will once
> again be united into a caliphate setting aside sects and the national borders
> forced upon us and that the corruption rife in countries like Saudi will be a
> thing of the past.
>
> …I wish to leave this country as soon as I can because I don't want my family
> to live here or to raise children in such a perverse environment. If there was a
> caliphate I would join it even so far as committing treason to do so…
>
> Let's just say the reason I'm sharing notes so freely is because I morally
> disagree with the actions of the nation I'm from.
>
> I have a vague 4 year plan for this server to be able to restart the caliphate by
> forming a non state group that operates using semifluid organizational
> approach to focus assaults on objectives within the peri urban littoral

---

[25]     Mujaheed is a Muslim fighting force comprised of individual fighters or "mujahideen."
[26]     Signal is an encrypted communications application often used by individuals seeking to make their
communications difficult for law enforcement to access.

battlegrounds the ummah is fighting on with our own weaponry so maybe I Can use your feedback to make improvements.

I am a fed technically although I'm actively working against my own country and have already committed crimes/treason by being here and so ik exactly what a fed would wanna know and you happened to ask those exact questions so you'll have to forgive me for getting cautious.

16) HASTINGS discussed weapons and shipping tactical "kits" with an individual in the Discord server between February 4 and March 19, 2024:

[B]efore you leave *I'd like to ship you some weapons and kit*. I've been working on some carbon fiber suppressors and I also have some other designs on my to do list like a quantity of hand grenades and smart missiles[.]…Weapons are a tool to be used when other means fall short and a tool that as things stand is necissary right now for us to also possess as an ummah and it is not the goal of the group merely a step in our path if we seek to bring back the Islam in the way our prophet saws set upon the world. [*Emphasis added.*]

### *FBI Introduces a Covert Employee to Pose as an AQ Associated Buyer of HASTINGS' Weapons*

17) On or about March 26, 2025, an FBI Online Covert Employee ("OCE")[27] began communicating with an eBay account holder using the handle "avia37" after HASTINGS provided a link for his eBay storefront to a CHS. The OCE presented himself as a Muslim who resided in Colorado, who knew an individual in Bosnia connected with AQ. The OCE commented on a product HASTINGS was selling on eBay. Soon after, HASTINGS shared self-identifying information with the OCE. The OCE then recommended they move the conversation to Telegram or Signal, the latter of which HASTINGS said did not even have "a backdoor," meaning it could not be hacked or intercepted by law enforcement.[28]

---

[27]    An undercover activity by an online covert employee is any investigative activity involving the use of an assumed name or cover identity by an employee of the FBI or another federal, state, tribal, or local law enforcement organization working with the FBI. An element of undercover activity is the conduct of investigative activity to seek information relevant to federal crimes or national security threats by means of interaction with a third party(ies).

[28]    Your Affiant obtained this eBay account identifier based on communications between HASTINGS and an FBI Confidential Human Source ("CHS"). HASTINGS provided CHS with a link to this eBay account to CHS, and business records obtained through legal process confirmed later that HASTINGS is the account user through business records from eBay.

18) Still speaking with the OCE via WhatsApp, HASTINGS said he had made guns for himself but could not sell them because that would be illegal. HASTINGS showed the OCE a 3-D printed firearm he recently made and he provided information on his Islamic marriage ("nikkah") to a woman in the Philippines, including multiple photos of the ceremony that depicted several women in Muslim attire. HASTINGS also shared one of the photographs that depicted him at the nikkah ceremony in the Philippines as shown below.



19) On or about April 15, 2025, the OCE and HASTINGS spoke again via WhatsApp. HASTINGS discussed building drones that could carry equipment and told the OCE he could send firearms parts to the OCE as a "gift." HASTINGS also said he was interested in making a weapon out of metal and some other parts. HASTINGS expressed his interest in working with other

11

"brothers" of the OCE, asking for the OCE to link him up with them. Based on my training and experience, I believe HASTINGS displayed some knowledge of criminal laws, because he told the OCE, "the restricted part is the frame," and offered to give (rather than sell) the weapon to the OCE. The OCE agreed and provided HASTINGS a mailing address in Denver, Colorado to which HASTINGS should send the weapon.

20) On or about May 12, 2025, HASTINGS told the OCE he had mailed the OCE a 3-D printed Glock 17 pistol lower receiver, and provided the OCE with instructions for using it to shoot.

21) On or about May 31, 2025, HASTINGS discussed sending the OCE another "gift," but said he did not want to send it through eBay. Moving from WhatsApp to Signal, HASTINGS said that he liked Signal and could speak to other "brothers" because the United States Government could not obtain data from Signal. HASTINGS and the OCE continued the conversation via Signal where HASTINGS talked about "bluetooth hole punches," meaning firearms that he had 3-D printed. HASTINGS added that he wanted to send drones and tactical equipment to "brothers" in Kashmir/Bosnia[29] because he already had connections in those places.

22) On or about June 1, 2025, the OCE continued communication with the HASTINGS via WhatsApp and Signal, and HASTINGS appeared to be gauging the OCE's interest in building a drone together. HASTINGS discussed selling drones to the OCE for a commission in the future and some of the technical requirements of drones. Displaying awareness that he was selling weapons to be used in conflict, HASTINGS cautioned that the drones he was referring to could not be used in conflict airspace because their signals were easy to intercept and track. He added that he did not want "something like that" to go to "dash," probably meaning "Daeesh" or "daish," terms used for

---

[29]    HASTINGS' references to Bosnia and Herzegovina may refer to the war between Bosnia and Serbia began in 1992 and ended in 1995. Muslims make up the largest religious community in Bosnia. In recent years, extremist ideology from FTOs such as al-Qa'ida has renewed security concerns in the region. HASTINGS claimed to have contact with an individual who resides in Bosnia, a fact FBI confirmed through previous legal process returns.

the FTO ISIS, though he later said it also stood for the Israeli Secret Intelligence Service. In the same exchange, HASTINGS also discussed making a missile.[30]

23) On or about June 2, 2025, the OCE continued communicating with HASTINGS via Signal and HASTINGS talked about his interest in FTOs in Yemen and Palestine, and asked about the Bosnian "brother" of the OCE. HASTINGS appeared to believe the "friend" of the OCE was connected to political/military groups in Bosnia and the surrounding areas.

24) HASTINGS also said he supported the Taliban and discussed means of sendings materials and items covertly. HASTINGS and the OCE also discussed HASTINGS selling a 3-D printed weapon to a person the OCE said was a trucker friend. HASTINGS also expressed support for the Taliban, whom he referred to as "the students."[31]

25) On June 4, 2025, HASTINGS was shown the following exchange on Signal by OCE and himself, posing as the OCE's contact in Bosnia:

> OCE: Selam alaykum brate. Kako si brate? Familija dobra? Trebali vam ista?[32]
>
> Akhi remember that brother I met a little while ago? I think he can be trusted akhi. He said he is willing to help out with those things we talked about. Did you talk to your contact akhi? Do you have any needs for anything? Let me know inshaAllah akhi
>
> OCE (posing as Bosnian brother): Wa alaykumu assalamu brate. Kako tvoji brate? Mi smo alhamdulilah svi dobri. Evo malo nesto pravim
>
> Akhi I did and masallah brate we're so happy you found him. We have many brothers and sisters helping from all over but we always need more you know that.

26) On June 4, 2025, the OCE showed HASTINGS the following exchange, claiming he was speaking to his contact in Bosnia:

---

[30]     HASTINGS wrote "je velin," but the context suggests that he meant a javelin missile, which is an Advanced Anti-Tank Weapon System designed to engage armored vehicles.

[31]     The Taliban is not an FTO. Nevertheless, historically, the Taliban sheltered Usama Bin Laden, a leader of AQ, after the 911 terrorist attacks, and the Taliban enforces its strict version of Sharia Law, including public floggings, and denying girls access to education. The Arabic word "Taliban" translates to the English words "the students." The singular of which is the word "Taalib." In this context, HASTINGS is most likely referring to the Taliban. Based on my training and experience, I believe HASTINGS was attempting to conceal his reference to the Taliban by using the English language words as a code.

[32] Your affiant is not asking the Court to consider any untranslated foreign language included in the affidavit, except where I have provided a translation or explanation.

OCE: Selam alaykum brate. Kako si brate? Familija dobra? Trebali vam ista?

Akhi remember that brother I met a little while ago? I think he can be trusted akhi. He said he is willing to help out with those things we talked about. Did you talk to your contact akhi? Do you have any needs for anything? Let me know inshaAllah akhi

OCE (posing as Bosnian brother): Wa alaykumu assalamu brate. Kako tvoji brate? Mi smo alhamdulilah svi dobri. Evo malo nesto pravim

Akhi I did and masallah brate we're so happy you found him. We have many brothers and sisters helping from all over but we always need more you know that.

27) On or about June 5, 2025, FBI special agents retrieved a package that HASTINGS sent to the OCE at a Denver, Colorado address owned and operated by FBI Denver. The package contained the following items:

- Five (5) 3-D printed "pillars" (religious objects) with Islamic words
- Gray 3-D printed Glock 17 lower receiver
- Gray 3-D printed Glock 17 magazine
- 3-D printed drone base
- Multiple broken 3-D printed pieces

28) ON June 6, 2025, the OCE showed HASTINGS the following via Signal:

OCE: Allah SWT dragi nam ga poslao akhi. He can do drones. He can do firearm parts. I think even the full functioning thing but I'm still learning on how all lthat works akhi and he's been helping me. He just doesn't want any of this going to Dawla

OCE (posing as Bosnian brother): Nema problema. Ask him what he can do exactly so we know what to expect and prepare for. How many drones in the next let's say 30 days. What kind of drone. What kind of parts can he go. And where he wants that to go you know I'll make it happen akhi just let me know. I'm also still talking to someone else but I'll let you know when that time is right on that part akhi

29) On or about June 9, 2025, the OCE began communicating with HASTINGS via Signal, the app HASTINGS described as being more secure.

30) On or about June 15, 2025, HASTINGS discussed the conflict in Iran, condemned U.S. support for Israel, and said his loyalty was to the worldwide Islamic community. He also said he supported "the base," which I understand to mean AQ, because the Arabic words al-Qa'ida translate

to the English words "the base." HASTINGS revealed he had been discharged from the military, had debts, and needed to make money. The OCE confirmed that the "brother" in Bosnia had connections to "the base." Portions of that conversation are transcribed below:

> HASTINGS: Can I ask you is he in the base?
>
> HASTINGS: Like how he has all these contacts
>
> HASTINGS: oh BTW the drone I sent you would work lemme send you the Amazon list tomorrow for it's parts
>
> OCE: Which base? Like down there?
>
> He has told me some stuff long time ago but he usually doesn't tell me exact location. But I think it changes. And I think he as contacts where he then goes through and helps them.
>
> HASTINGS: [In reply to "Which base? Like down there…"][33] Write "the base" in arabic
>
> OCE: Last time I spoke to him he thanked you and said we need to always protect you haha I think he likes you
>
> Oh that… I think he has those connects. He asked me actually… so remember when I told him nothing goes to isis…he asked if you wanted it to go to the base… But I never asked you I wasn't sure. I can tell him if you want
>
> HASTINGS: [In reply to "Last time I spoke to him…"] The base is fine as long as it's not in afrika because I've heard some shady stuff about their afrika cells
>
> OCE: I have too actually
>
> HASTINGS: [In reply to "Last time I spoke to him…"] BTW imma be moving to Asia soon inshaAllah and when I do imma need you to send me some things if it's OK I plan to continue what I'm doing from there but there's some quality stuff you can buy legally only in the USA

31) On or about July 6, 2025, the OCE told HASTINGS that the OCE had gotten a message from the Bosnian "brother" that included a list of features AQ wanted in any drone HASTINGS would build. The OCE also said the "brother" requested some 3-D printed Glock switches (a part or

---

[33] The text application used in this conversation allows a user to send a text as a "reply" to a specific prior message. A user can "reply" to a specific prior message more than once.

combination of parts that converts a Glock semi-automatic pistol to fire automatically). HASTINGS

agreed to make the Glock switches and negotiated the purchase price with the OCE. In lieu of calling

al-Qa'ida by their Arabic name, HASTINGS continued use the English words ("the Base") that

translate directly to the Arabic word "al-Qa-ida." This was similar to the way HASTINGS referred

to the Taliban by the English translation of that word, "the students." Portions of that conversation

are transcribed below:

> OCE (Posing as Bosnian brother): Selam alaykum brate. Kako si brate? Izvini sto
> dugo traje ovako imali smo svašta nešto sa Al Kaidom brate
>
> Akhi here are some things the Base wants to have inshaAllah if
> possible when it comes to that drone akhi
>
> Payload Capacity
> 800g usable
> Flight Time
> 45-55 minutes
> Range
> 25-30 km (round trip)
> Mission Types
> Surveillance, payload drop, autonomous
> navigation
>
> They want it for few things akhi. Surveillance if needed but also
> have ability to either drop a payload or fly into something with a
> payload attached. So I spoke with some brothers with drone
> experience and they told me some basics but InshaAllah yourcontact
> will know what's needed akhi.
>
> The brother mentioned bigger propellers…motor…room to attach
> payload…type of flight controller matters. Even propeller materil.
> Servo-based drop mechanism (controlled by AUX channel) but I
> think the first part will be most important akhi to you contact. We
> will tell him what need and he comes up with the parts and builds it.
> We'd like a decent camera if possible. Is it possible to keep it around
> 1200? That's what we usually get them for. Akhi do you also know
> anyone who can build a glock sear? The Base needs some as well.
> Hajd pa mi javi InshaAllah akhi
>
> OCE: Wa alaykum asalam brate! Glad you're good akhi I'll have to call
> you later if you can an we can talk let me contact the brother now I'll send him this
> and let you know akhi

In reply to receiving the screenshot of the conversation between OCE and the "Bosnian" contact,

Hastings and the OCE have the following conversation:

> HASTINGS: Thanks I'll design it this week and I'll see abt the switches. I can keep it below $1200 payment in bitcoin before shipping for the switches if I can find correct dimensions to make the switches I can do 5 over this weekend. I'll keep you posted.
>
> HASTINGS: There is one problem I don't have a glock. I can buy one next paycheck ig but I'm going to ask a brother if he will pay me early for something I havens delivered yet
>
> OCE: Oh okay so you need the glock to make that part? I'm not too familiar with that I looked it up after he sent that isn't that just some piece that goes on it? How does that work?
>
> HASTINGS: [In reply to "Oh okay so you need…"] Yeah I'm going to make a glock for myself to test it I'll have to buy those parts on ebay
>
> HASTINGS: Cuz yk testing is essential part of the process
>
> HASTINGS: [In reply to "Oh okay so you need…"] It basically makes a glock go full auto
>
> OCE: Okay I gotcha. Yeah I knew that I just wasn't sure exactly how I know it's a small part or something. And didn't know you needed an actual glock to test. Thought maybe once it's done we send it and they just install it [emoticon] I'm new at this haha
>
> HASTINGS: Lol well I'm printing myself a glock rn I just need like $300 to get parts for it
>
> HASTINGS: I can make my own mags and springs so
>
> HASTINGS: It would be nice if you would spot me the $300 or so to buy the parts and I can pay you back from the switches. I say we make 200-300 switches and send for $1000 I need to test materials and design of the switches if they're metal for 200 that's $50 but if I can get away with plastic or carbon fiberthen I can do 400-800 at that price
>
> HASTINGS: Normally a switch costs like $200 in the US but ik how to manufacture so if they have excess they can resell it
>
> HASTINGS: Besides they don't talk to us often so
>
> OCE: Oh they're that much? Didn't know that that's a good profit akhi!
>
> HASTINGS: It's better to start thigns rolling now imo and tool up and do testing

17

HASTINGS: [In reply to "Oh they're that much…"] Only cuz they're illegal

HASTINGS: Also just so you know whenever I switch between products will take longer so to do 1 switch then 1 drone takes way longer than doing 200-400 switches thn 100 drones

HASTINGS: I just started printing a glock btw

OCE: So you'd need $300 for parts for your 3D printer for glock right?

32) On or about July 13, 2025, the OCE conducted a consensually monitored Signal voice call with the HASTINGS. HASTINGS said that he had finished another 3-D printed Glock 17 lower receiver. HASTINGS complained about being unable to access online guides on how to 3-D print certain firearms. HASTINGS said he could 3-D print Glock switches all day long. He added that switches are the same on all Glocks and the OCE's AQ contact should also know that. HASTINGS wrote that he did not like that the OCE asked the OCE's AQ contact for $300 for materials to make the 3-D printed Glock 17 lower receiver. Instead, HASTINGS said he wanted to wait until they had finished making the Glock switches before requesting money for materials. HASTINGS expressed concern that scientists could trace a 3-D printed gun back to a specific 3-D printer.

33) The OCE told HASTINGS that the OCE had sent the 3-D printed Glock 17 lower receiver from HASTINGS to the Bosnian "brother," who sent it to his AQ contact, who then assembled the firearm from the parts. HASTINGS said he was not interested in what the AQ contact did with it. HASTINGS indicated he had swapped out a part from his 3-D printer after printing this firearm to prevent law enforcement from being able to trace any weapon back to him through that part.

34) On or about July 13, 2025, after the above-mentioned phone call, the OCE told HASTINGS the Bosnian "brother" needed Glock switches more than drones. HASTINGS discussed the length of time he would need to 3-D print the number of Glock switches the OCE requested. HASTINGS added that he was willing to do what AQ wanted and that he hoped to develop a long-term relationship and contract with AQ.

18

***HASTINGS Asks to be Put in Direct Communication with AQ***

35) On or about July 14, 2025, HASTINGS said his parents were making him move out of their house and that it would be difficult to fullfill AQ's order for Glock switches. HASTINGS also asked the OCE to put him in direct communication with the OCE's AQ contact.

36) On or about July 16, 2025, HASTINGS continued the conversation with the OCE via Signal, providing the OCE with an eBay link to pay for the sample Glock switches. HASTINGS understood he was sending the Glock switches to the OCE, who would then send it to his Bosnian "brother." From there, the Bosnian "brother" would send them to the AQ contact. The OCE also told HASTINGS that the sample machinegun switches would be used in an attack. HASTINGS responded that he did not mind, but he did not want to know which attack. Screenshots of small portions of that converation appear below:

> OCE: Mashallah. Is he sending it to the B?
>
> HASTINGS: idk what he's doing whether it's for him a freind or the b
>
> OCE: Oh okay sounds good. Let me know if he comes through InshaAllah. I'm pushing the brother as well so we all come through for you akhi and help you
>
> HASTINGS: Also that budget I made has pretty much no concessions and no comfort or margins for me and my family so it's going to be… Rough month next month but it's going to be worth it
>
> HASTINGS: [In reply to "Oh okay sounds good…"] Jazak Allah khyr my main concern with the b is that we can continue after I leave the states
>
> HASTINGS: http://www.ebay.com/itm/357301450813 [hyperlink]
>
> HASTINGS: This is th elisting for the switches I can ship earliest on Friday but I made a qty of 100. Also they'll ship with some toy sharks and dinos jus in case.
>
> OCE: Mashallah akhi we have a team meeting thing so I'll get it at lunch inshallah
>
> HASTINGS: [Send a screenshot of the ebay page, pictured below]



OCE: Also are you building 100 units for the base for $1000 or 200? I told them like we talked about 100 units $1000 for them

HASTINGS: [In reply to "Aso are you building…"] Yes

HASTINGS: Well tbh I'm going to drop the price in the future I just need money like a muscle car needs gas rn

OCE: Okay so 100 for $1k… They're good with that You said you can ship that one by… Fri or? I spoke with the Bosnian brother and he sai the one you send he'll inspect and it'll go straight to a mujahedeen brother with the B for a specific attack. May Allah SWT protect them all.

OCE: I didn't ask which or anything like that

HASTINGS: Yes so I won't have time to go by the post office today but tomorrow I will drop it off after work

HASTINGS: [In reply to "I didn't ask which or anything…"] Dont

OCE: I wouldn't. He just told me that to share the excitement haha

*HASTINGS Transfers Machineguns Knowing they are Destined for AQ*

37) On or about July 18, 2025, surveillance footage from a U.S. Post Office in Tulsa showed a red Mini Cooper car ("the Mini") matching the one registered to HASTINGS pulling into the parking lot.[34] HASTINGS exited the Mini and entered the Post Office carrying a package.

38) On or about July 22, 2025, FBI Denver SAs retrieved a package that had been mailed by HASTINGS to the OCE. The package's label showed the package was shipped from HASTINGS' address and listed HASTINGS as the sender. The package was opened and found to contain the following items:

- Five (5) 3-D printed black items which appeared to be Glock switches
- Various 3-D printed toys

39) The five (5) Glock switches from the box sent by HASTINGS on July 18 were later examined by ATF Firearm Enforcement Officer ("FEO") Michael Lagana. FEO Lagana prepared a written report of his findings in which he opined that the five (5) Glock switches met the definition of a "machinegun" under 26 U.S.C. § 5845(b) and 18 U.S.C. § 921(a)(24).

40) On or about July 22, 2025, ATF SA Sterling Juarez also conducted a check of the National Firearms Registration and Transfer Records ("NFRTR") to determine if any machineguns were properly registered to HASTINGS. The NFRTR did not contain any registered firearms for HASTINGS.

41) On July 22, 2025, an FBI undercover employee ("UCE") whom HASTINGS was told was an operative for "the Base" began communicating with HASTINGS via Signal. HASTINGS advised that he was told that the UCE was directly associated with "the base."

42) On July 24, 2025, the UCE conducted a consensually monitored voice call with HASTINGS. HASTINGS said he wanted to use the "the base" instead of the Arabic translation of "the base"

---

[34]     Multiple surveillance operations have been conducted through the investigation. Prior to July 18, 2025, HASTINGS was observed driving the red Mini Cooper, Oklahoma tag NVB183 on multiple occasions. Your Affiant obtained the registration information from the Oklahoma Department of Public Safety records which confirmed the red Mini Cooper is registered to HASTINGS.

because everybody would recognize the Arabic translation. HASTINGS also said he designed and made approximately 100 3-D printed switches to sell "the base" and wanted an ongoing relationship to put his skills to use for the "ummah."[35] HASTINGS wanted to replicate a "mini gun" when he moved to the Philippines and asked the UCE if he was interested.[36]

### Illegal Possession and Transfer of a Machinegun: 119 Glock Switches

43) After a discussion about possible payment apps with the OCE, on or about July 29, 2025, HASTINGS told the OCE that he wanted to be paid for the shipment of 119 switches in Bitcoin, a virtual currency on an open blockchain, meaning a publicily-available distributed ledger. HASTINGS provided the OCE with instructions that included how to send funds to his Bitcoin address using Kraken, a Bitcoin exchange and virtual wallet hosting company registered with the U.S. Treasury. The OCE sent HASTINGS an amount of Bitcoin equal to $1000 USD in two separate transactions. First, the OCE created a wallet account with Kraken and sent a test amount of $50 to HASTINGS to make sure amount went ot HASTINGS' Bitcoin address successfully. After HASTINGS received the test funds, the OCE then sent Bitcoin in an amount equivalent to $950 USD to satisfy the balance owed HASTINGS.

44) Bitcoin's distributed ledgers do not show the identity of the seller or recipient. Instead only sending and receiving Bitcoin addresses are visible, making it harder for law enforcement to immediately attribute a transaction to an individual. This feature of Bitcoin also presents challenges for a financial institutions, like Kraken, to easily spot a suspicious transaction and report them under the Bank Secrecy Act, 31 U.S.C. § 5311 *et seq.* Based on my training and experience, HASTINGS used Bitcoin in combination with code words for AQ and encrypted communications apps as part of his operational security to avoid detection by law enforcement.

---

[35] "Ummah" is an Arabic term that means the community of Muslims.
[36] Based on my training and experience, I know a "minigun" refers to the M134 Minigun, which is a barrel rotary machine gun with a high rate of fire. Miniguns also feature a Gatling-style rotating barrel assembly with an external power source, normally an electric motor.

45) On July 29, 2025, surveillance footage from the same Tulsa Post Office HASTINGS visited on July 18, 2025 showed HASTINGS' vehicle again arriving in the parking lot. Shortly thereafter, HASTINGS was shown entering the building with a package in his hands.

46) On or about August 2, 2025, FBI Denver SAs retrieved the package HASTINGS had shipped to the OCE on July 29. The shipping label showed the package had been shipped from HASTINGS' address. The package was opened and found to contain:

- 119 3-D printed Glock switches
- Two 3-D printed Glock pistol lower receivers
- One 3-D printed Glock pistol slide
- An assortment of 3-D printed items, including other firearms parts

47) On August 12, 2025, your Affiant met with a certified Glock armorer with TPD, Officer David Moore. From the July 29 shipment, your Affiant provided him with five (5) randomly selected 3-D printed Glock auto sears/switches, out of 119 HASTINGS mailed, for testing purposes. After completing a test, Officer Moore determined that the five (5) switches he was provided failed to function correctly, and did not appear to convert a semi-automatic pistol to fie automatically.

48) Later that same day, your Affiant transferred all 119 3-D printed Glock auto sears/switches to ATF custody for transfer to the ATF National Laboratory for further forensic analysis and testing.

49) On or about August 19, 2025, FBI learned that HASTINGS had moved out of his parents' home to another address:

> 2927 East 93rd Place
> Apartment # 1908
> Tulsa, Oklahoma

50) On or about August 21, 2025, FBI spoke with the manager of the apartment complex in which HASTINGS is known to reside. The manager confirmed the specific building HASTINGS resides in, as well as the detached garage associated with the apartment. She also confirmed no other individual resides at the apartment. The garage is located directly underneath Apartment #1908. Physical surveillance and video surveillance have been conducted over the prior 30 days, and

HASTINGS' vehicle and person have been seen entering and exiting the garage. During the period of surveillance, FBI special agents and employees have also observed HASTINGS' Mini Cooper in the garage. Video surveillance shows that HASTINGS has been working on physical objects on a table in the garage, and using the garage to work on something not visible by surveillance. It also appears he is using the garage for storage of items. Over the prior 30 days, video shows HASTINGS carrying boxes into the apartment and the garage. Because HASTINGS told the OCE he was moving out of his parents' home in July 2025 after they complained about the noise and smell created when he 3-D printed weapons, I believe it is more likely than not that HASTINGS moved the 3-D printer to the apartment.

*HASTINGS' Ongoing Desire to Provide Material Support to a Foreign Terrorist Organization*

51) On or about August 15, 2025 HASTINGS continued his conversation with the OCE via Signal. The OCE stated that the Bosnian "brother" had tested the Glock switches HASTINGS recently made and a vast majority of them did not function correctly. HASTINGS expressed his desire to send a new batch of Glock switches to make up for the ones that did not function properly. HASTINGS again confirmed his support for AQ to the OCE.

## CONCLUSION

52) Based on the foregoing, your affiant submits that there is probable cause to believe that HASTINGS violated 18 U.S.C. § 2339B, Attempting to Provide Material Support or Resources to a Foreign Terrorist Organization. In addition, your Affiant submits there is also probable cause to believe that HASTINGS violated 18 U.S.C. § 922(o), which makes it a crime for any person to transfer or possess a machinegun.

Alan T. Siska
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22 day of September 2025.

Christine D. Little
United States Magistrate Judge

25