UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br>　　　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Andrew Scott Hastings,<br>　　　　　　　　　　　　　　Defendant(s). | Case No.: 25-mj-00793-CDL<br>Date: 10/1/2025<br>Court Time: 2:34pm–2:36pm<br><br>**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING** |

Jodi F. Jayne, U.S. Magistrate Judge    S. Lamoreaux-Cope, Deputy Clerk    Magistrate Courtroom 1

Interpreter: _____  ☐ Sworn
Counsel for Plaintiff: • Matthew P. Cyran, Nathan Michel
Counsel for Defendant: • Robert Allen Ridenour    FPD
Case called for:    ☒ Detention Hearing,    ☒ Preliminary Hearing;
☒ Defendant appears in custody with counsel;
Defendant waives:    ☒ Preliminary Hearing    ☒ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 3    ):    ☐ granted,    ☐ denied,    ☒ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☒ Defendant detained and remanded to custody of U.S. Marshal,    ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes:
_____
_____

Government's Witnesses:                    Defendant's Witnesses:
_____            _____
_____            _____
_____            _____

Government's Exhibits:                     Defendant's Exhibits:
_____            _____
_____            _____